**ORIGINAL**

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**Deandre Armour,
Duryea Rogers,
Xavier Hardy,
Tahitia Burnett, and
Olivia Haiflich**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:13-mj-0541

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 26, 2013 in Hamilton County, in the Southern District of Indiana, the defendants, Deandre Armour, Duryea Rogers, Xavier Hardy, Tahitia Burnett and Olivia Haiflich, did

Count 1: by force, violence, or intimidation, and by use of a dangerous weapon, attempt to, and aid and abet such attempt, take money belonging to, or in the care of, custody, control, management, or possession of the Community Bank, 12514 Reynolds Drive, Fishers, Indiana, the accounts of which were federally insured by the Federal Deposit Insurance Corporation;

Count 2: use, carry and brandish a firearm during or in relation to the attempted robbery of the Community Bank on June 26, 2013, a crime of violence for which a person may be prosecuted in a court of the United States.

in violation of Title 18, United States Code Sections 2, 2113(a) and (d), and 924(c)(1)(A)(i) and (ii)

See attached Affidavit

Continued on the attached sheet and made a part hereof.

_____
Brian Guy, Special Agent, FBI

Sworn to before me, and subscribed in my presence

June 27, 2013                                              at Indianapolis, Indiana
**Date**                                                         **City and State**

Mark J. Dinsmore, U.S. Magistrate Judge                   _____
**Name and Title of Judicial Officer**                     **Signature of Judicial Officer**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian J. Guy, being duly sworn, hereby depose and state:

## AFFIANT

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been employed in that capacity for over twenty-two (22) years. I am currently assigned to the Indianapolis Division of the FBI and am responsible for investigating violent crimes, which includes bank robbery investigations. I am currently the Bank Robbery Coordinator (BRC) for the Indianapolis Division. As the BRC, I review all the bank robberies committed in the state of Indiana, as well as, bank robberies committed by serial bank robbers nationally. Prior to being assigned to the Indianapolis Division in June 2010, I was assigned to the San Francisco Division of the FBI where I was the BRC for approximately thirteen (13) years. I have investigated over one thousand (1000) bank robberies and reviewed over four thousand (4,000) bank robbery cases and bank surveillance photographs. I have been involved in the collection of evidence, investigative interviews of witnesses and subjects, the use of confidential informants, physical surveillance, which has led to the execution of hundreds of search warrants and arrest warrants.

2. This affidavit is submitted in support of a criminal complaint against **Xavier Hardy** and **Duryea Rogers**, on the grounds that they committed a violation of Title 18, United States Code, Sections 2113 (a) and (d) – Armed Bank Robbery; and a violation of Title 18, United States Code, Section 924 (c)(1) – Use of a firearm during a crime of violence. The elements of Armed Bank Robbery are as follows: (1) the defendants used force, violence, or intimidation;

1

(2) in attempting to take money belonging to a financial institution; (3) by use of a dangerous weapon; and (4) the deposits of that financial institution were then insured by the Federal Deposit Insurance Corporation (FDIC). The elements of the Use of a Firearm During a Crime of Violence are as follows: (1) the defendants during and in relation to a crime of violence, to wit: armed bank robbery; (2) for which the person can be prosecuted in a court of the United States; (3) uses or carries a firearm in furtherance of such crime.

3. This affidavit is also submitted in support of a criminal complaint against **Deandre Armour**, **Tahitia Burnett**, and **Olivia Haiflich**, on the grounds that they committed a violation of Title 18, United States Code, Section 2 and 2113 (a)(d) and 924 (c)(1) – Aiding and abetting Armed Bank Robbery and Use of a firearm during a crime of violence. The elements of Aiding and Abetting Armed Bank Robbery are as follows: (1) the defendants did aid, abet, and counsel Xavier Hardy and Duryea Rogers who used force, violence, or intimidation; (2) in attempting to take money belonging to a financial institution; (3) by use of a dangerous weapon; and (4) the deposits of that financial institution were then insured by the Federal Deposit Insurance Corporation (FDIC). The elements of the Use of a Firearm during a crime of violence are as follows: (1) the defendants during and in relation to a crime of violence, to wit: armed bank robbery; (2) for which the person can be prosecuted in a court of the United States; (3) aided, abetted, or counseled use or carrying of a firearm in furtherance of such crime.

4. In connection with my official duties, I have obtained the following information through my investigation, from other FBI Agents, FBI Task Force Officers, Fishers Police Department (FPD) Officers, and Indianapolis Metropolitan Police Department (IMPD) Officers. I have not included all the information learned through the course of this investigation; rather,

have included only the facts in support of finding of probable cause of the aforementioned crimes.

5. In connection with my official duties, I have participated in the investigation of the attempted armed robbery of the Community Bank, 12514 Reynolds Drive, Fishers, Indiana on June 26, 2013.

6. On June 26, 2013, at approximately 8:00 a.m., an employee of the Community Bank, 12514 Reynolds Drive, Fishers, Indiana approached and unlocked the rear door to the bank. FBI Task Force Officer (TFO) Christopher Smith observed two males dressed in gray clothing and wearing white hats or caps approach the employee, point a black handgun at the employee and forced the employee into the bank.

7. The employee was interviewed and advised two masked armed robbers came out from behind the trash dumpster as she was opening the back doors to the bank and put a gun in her side and said, "Don't panic, you'll be alright, just open the door." The employee opened the door and all three entered the bank. Robber #1 stayed with the employee throughout the robbery. Once inside the bank, Robber #1 said, "Do what you normally do." The employee turned on the lights and deactivated the alarm. The employee placed her purse on an elevated counter. The employee unlocked the front doors to the bank but did not turn give the all clear signal, signifying the bank was clear and safe for other employees to enter. Robber #1 then took the employee to the vault and demanded that it be opened. The employee told Robber #1 she could not open the vault, in that it took two codes. Robber #1 said, "Open the fucking vault!" The employee tried to enter the emergency code but the vault still did not open.

8. Robber #2, who was also armed, went into the employee's purse and took her car keys and possibly her ATM card. Robber #2 told Robber #1, "We gotta get out of here." The robbers took the employee to the break room and zipped tied her hands and feet together while she lay on the ground. Both robbers then fled out the back door of the bank.

9. Robber #1 was described as follows:

| | |
|---|---|
| Race: | Black |
| Sex: | Male |
| Height: | 5'9 – 5'10 |
| Weight: | Stocky |
| Age: | 30's |
| Clothing: | Black shiny mask, dark pants, navy colored, black boots, long sleeve dark shirt |
| Weapon: | Black pistol |

10. Robber #2 was described as follows:

| | |
|---|---|
| Race: | Black |
| Sex: | Male |
| Height: | 6'2, tall |
| Weight: | Unknown |
| Age: | 30's |
| Clothing: | Black shiny mask, dark pants, navy colored, long sleeve dark shirt |
| Weapon: | Black pistol |

11. During the course of the robbery, digital bank surveillance cameras captured images of both robbers. Robber #1 wore a gray suit jacket and pants, a white shirt with a multi-colored

4

tie, a tan fishing style hat, blue latex gloves, black and silver tennis shoes, a black bag over his shoulder, and was armed with a black pistol. Robber #2 is also wearing a gray suit jacket and pants, a tan fishing style hat, blue latex gloves, holding a blue bag, and was armed with a black pistol.

12. TFO Smith observed a male dressed in gray clothing and wearing a white hat exit the rear door of the bank and get into the victim teller's vehicle, a gray Chevrolet Equinox.

13. The bank did not suffer a loss. At the time of the attempted bank robbery, the deposits of the Community Bank, 12514 Reynolds Drive, Fishers, Indiana, were insured by the Federal Deposit Insurance Corporation (FDIC).

## Prior Investigation and Surveillances

14. On February 25, 2013, **Deandre Armour**, **Duryea Rogers**, and **Tahitia Burnett** were stopped by police in Kokomo, Indiana. According to an informant, these three were in Kokomo in order to scout a new location for a possible bank robbery. When they were stopped by police, they stated they were looking for an apartment residence; however, the officer became suspicious of this story because it was 11:30 p.m. and because they were on the outskirts of town near a bank located in a rather remote location. The officer noted in his report that **Rogers** had a significant amount of mud on his shoes.

15. On or about June 7, 2013, your affiant was notified by FBI Agent Kelly Stewart from the Fort Wayne, Indiana office that an informant stated **Rogers** and **Armour** were planning on doing as many bank robberies as possible in June. The informant further stated that the two men

5

were planning on hitting as many banks around Indianapolis and Fort Wayne, in small towns, because they think they are easier to rob.

16. Based on this information, and your affiant's prior knowledge that a vehicle associated with **Armour** had been seen at 17905 Phillip Drive, Noblesville, Indiana, I requested a surveillance team to start monitoring the address in the hope of locating **Armour** and learning of his next planned bank robbery. The vehicle associated with **Armour** was a black 2000 GMC Yukon XL, Indiana license plate VMD388. I was also aware from a prior bank robbery in Fort Wayne, Indiana in October 2012, that a black Chevrolet (Chevy) Tahoe was also observed outside a Credit Union just prior to a robbery and was seen parked near a vehicle that was used as a getaway car.

17. On June 11, 2013, at approximately 4:40 p.m., FBI Agents observed a gray Chevy Tahoe enter the Princeton Lake Apartment complex and park near 17905 Phillip Drive, Noblesville, Indiana. At approximately 4:44 p.m., **Armour** exited 17905 Phillip Drive, entered the passenger seat of the Chevy Tahoe. The Chevy Tahoe drove to the vicinity of 12600 Reynolds Drive, Fishers, Indiana. Located at 12514 Reynolds Drive is Community Bank. The Chevy Tahoe drove south down Reynolds Drive past Community Bank to where the road ends at Reynolds John Deere Farm Equipment. The Chevy Tahoe turned around in the parking lot of Reynolds John Deere and drove north past Community Bank. The Chevy Tahoe then drove to a strip mall parking lot located on the northeast corner of Reynolds Drive and 126th Street and parked facing south/south west in a spot from which the Community Bank building can be viewed. After approximately 12 minutes the Chevy Tahoe departed. At approximately 6:09 p.m., FBI Agents observed **Armour** get out of the Chevy Tahoe at 17905 Phillip Drive, Noblesville, Indiana and the Chevy Tahoe departed the area. The license plate on the Chevy

Tahoe was Indiana plate TK 428 LNF. The registered owner of the vehicle is Tahitia Burnett, 5118 Roberta Drive, Fort Wayne, Indiana.

18. On June 12, 2013, at approximately 8:00 a.m., FBI Agents observed the black 2000 GMC Yukon, Indiana plate VMD388 parked in the same area in the strip mall parking lot on the northeast corner of Reynolds Drive and 126th Street as the previous day when **Armour** was in the Chevy Tahoe. The GMC Yukon drove south down Reynolds drive past the Community Bank, turning around in the parking lot of Reynolds John Deere and driving north past the Community Bank. At approximately 8:30 a.m., the GMC Yukon drove into the Speedway Gas Station located at State Road 37 (SR 37) at SR 38. FBI Agents observed **Armour** pump gas into the GMC Yukon. After **Armour** finished pumping gas, he got into the driver's seat of the vehicle and drove directly to 7415 Lakeridge Drive, Fort Wayne, Indiana. After approximately ten (10) minutes, **Armour** left the residence and FBI Agents lost him.

19. On Wednesday, June 26, 2013, at approximately 6:30 a.m., a physical surveillance was initiated at the Staybridge Suites located at 9780 Crosspoint Boulevard, Indianapolis, Indiana 46256. Upon initiation of the physical surveillance, FBI Agents observed **Armour** and **Tahitia Burnett** standing next to a maroon 2013 Chrysler Town and Country minivan, Illinois license plate P987920, which was located in close proximity to the Chevy Tahoe. Both vehicles were located in the parking lot of the Staybridge Suites. Investigation determined that **Tahitia Burnett** paid cash for room 209 in her name. The maroon 2013 Chrysler Town and Country minivan was later determined to be a rental vehicle from AVIS, and was rented in **Tahitia Burnett**'s name. **Armour** was observed wearing a white t-shirt and dark jeans. At approximately 7:35 a.m., FBI Agents observed several individuals depart the Staybridge Suites in the Chevy Tahoe and the Chrysler minivan and proceed to drive North bound on Interstate

69. FBI Agents continued the physical surveillance and observed the Chevy Tahoe and the Chrysler minivan exit Interstate 69 and proceed to a strip mall located near the Northeast corner of 126th Street and Reynolds road. This is the same location at which **Armour**, while driving the black GMC Yukon and being a passenger in the Chevy Tahoe was observed parked during previous physical surveillance. The Community Bank is located across the street. FBI Surveillance teams observed **Armour** doing surveillance of the Community Bank on June 17, 24, 25, while in the black GMC Yukon; and June 19 while driving a black Toyota Camry, which is registered to Deraina Miller, who lives at 17905 Phillip Drive, Noblesville, Indiana.

### Events Following the Attempted Robbery at the Community Bank

20. After the robbers entered the victim teller's gray Chevy Equinox, they drove north on Reynolds Drive to 126th Street. Immediately, the Chevy Tahoe and the Chrysler minivan moved from their parking spots and drove to the intersection of 126th and Enterprise Drive. The gray Equinox turned east on 126th Street followed closely by the Chevy Tahoe and the Chrysler minivan. All three vehicles then turned south on Hwy 37 and proceeded onto I-69 where they eventually got off at 96th Street and turned east. During this time, several FPD tactical teams, FBI surveillance units, and numerous marked FPD cars were following all three vehicles. The Chevy Equinox turned into the Studio 6 Hotel located at North by Northeast Blvd. and Carney Road and backed into a parking space. FPD tactical teams then initiated a takedown of the two robbers. Both robbers immediately fled on foot across Carney Drive. Both robbers were wearing their gray suits. One robber, Robber #2, was arrested on the south side of North by Northeast Blvd. near the Holiday Inn Express. Located in his front pocket was a loaded Glock 30, .45 caliber pistol. Robber #2 was still wearing his gray pants but had thrown off his jacket during the foot chase. Robber #2 was identified as **Xavier Hardy**. Located inside the coat

pocket of the jacket were the victim teller's identification and three blue latex gloves. The other robber, Robber #1, ran into the Baymont Inn located at 9790 North by Northeast Blvd. He was pursued by an FBI Agent who saw the robber run into the lobby of the hotel. Once inside the lobby, the Agent observed a gray suit coat on the ground and was told by employees that the robber had also discarded a pair of sunglasses. Both items were recovered as evidence. A guest at the hotel also saw a gun in the robber's waistband. The robber ran to the stairwell and ran up to the 2nd floor. The FBI Agent pursued the robber but after reaching the second floor lost him and for safety reasons discontinued the chase and called for additional officers and agents. FPD tactical teams responded to the hotel as a perimeter was established around the hotel. The hotel guest was shown a photograph of **Duryea Rogers** to determine if this was the person who ran into the hotel lobby. The guest identified **Rogers** as the person who ran into the lobby with the gun in his waistband and who threw off the jacket and sunglasses. During the search, Robber #1, identified as **Duryea Rogers,** was found hiding on a stack of boxes, in a closet room, underneath a laundry chute that led to the second floor. Found outside the window from the second story room where **Rogers** entered before going down the laundry chute was a Smith and Wesson .40 caliber pistol. This weapon was later determined to have been stolen in Fort Wayne, Indiana on May 1, 2013. **Rogers** had changed into other clothing; however, located in the second story storage room were a white shirt, multi-colored tie, gray slacks and pair black and silver New Balance tennis shoes. This clothing matches the clothing worn by Robber #1 during the robbery. Located on the ground just behind the gray Equinox was a black bag containing several pairs of flex cuffs, a tan fishing style hat that matches what the robbers were wearing, and a second pair of sunglasses.

21. While **Hardy** was being arrested, the Chevy Tahoe and Chrysler minivan were near the intersection of North by Northeast Blvd. and Carney Drive. Both vehicles were stopped by FPD and FBI Agents and the occupants ordered out of the vehicles at gunpoint. The driver of the Chevy Tahoe was identified as **Tahitia Burnett**. The passenger was identified as **Deandre Armour**. The driver of the Chrysler minivan was identified as **Olivia Haiflich**.

22. On June 26, 2013, your affiant and Detective Dave Flynn, FPD interviewed **Hardy**. Prior to interviewing **Hardy**, **Hardy** was advised of his Miranda rights. **Hardy** waived his rights and agreed to be interviewed. **Hardy** advised he robbed the bank to make a better situation for his son, whose birthday is on July 4, 2013. **Hardy** bought the gun that was found in his pocket for approximately $200. He bought it for protection. **Hardy** admitted he is a felon and knows it is illegal for him to have a gun. **Hardy** is on probation in Allen County for robbery and burglary. **Hardy** said he grabbed the lady's purse during the robbery to know who she was.

23. On June 26, 2013, **Duryea Rogers** was advised of his Miranda rights. **Rogers** requested an attorney and no interview was conducted.

23. On June 26, 2013, **Deandre Armour** was advised of his Miranda rights and waived his rights and was interviewed by FBI Agent Kelly Stewart and Detective Douglas Baker. **Armour** knows of **Duryea Rogers** and sees him in the clubs up in Fort Wayne, but the two are not close friends. **Armour** will greet **Rogers** if he sees him, and has bought **Rogers** a drink or two in the past at the club. **Armour** had no idea **Rogers** was even in the Indianapolis area on June 26, 2013, and did not talk to him before seeing him in custody. **Armour** believed it was a coincidence that **Rogers** was down in the same area **Armour** was in. **Armour** stated he knew of **Xavier Hardy**, but later stated today was the first time he had seen **Hardy**, and that he did not

know **Hardy**. **Armour** knows the name Deraina Miller but does not mess with Miller and has not been living at her apartment. **Armour** does not own a black Yukon and does not drive one. **Armour** does not have steady employment, but picks up odd jobs only in Fort Wayne, doing lawn care or washing vehicles for a car lot. **Armour** was not near a community bank on June 26, 2013. **Armour** has never been to a Community Bank in the Fishers/Noblesville are. **Armour** has not been sitting outside of any bank in the past few weeks.

24. On June 26, 2013, **Tahitia Burnett** was advised of her Miranda rights and waived her rights and was interviewed by SA Craig Tremaroli and Detective Robert Baker. **Burnett** knows **Armour** is associated with bank robberies. **Burnett** thought it was suspicious to sit at the bagel shop and that is why she didn't initially tell investigators about going to the bagel shop. The bagel shop is located at 126th Street and Reynolds/Enterprise Street, across from the Community Bank. If **Burnett** saw a bank while they were at the bagel shop, then she would know **Armour** was about to do something but **Burnett** did not see a bank. **Burnett** said she stayed on the phone the entire time arguing with **Olivia Haiflich** and never saw another vehicle in front of her or a bank from the bagel shop.

25. On June 26, 2013, **Olivia Haiflich** was advised of her Miranda rights and waived her rights and was interviewed by TFO Mark Rutter and Detective Dave Finn. **Haiflich** advised that **Armour** showed up in Fort Wayne, Indiana on June 25, 2013 driving the maroon Chrysler mini-van. **Haiflich** dates Earl Armour. **Haiflich** was arguing with Earl Armour so she left with **Deandre Armour** and went to **Burnett**'s house. **Haiflich** then drove down to Indianapolis with **Burnett** in the maroon Chrysler mini-van. **Haiflich** said **Armour** drove down to Indianapolis in the black Tahoe with **Duryea Rogers** and a second black male. Once in Indianapolis, **Haiflich** stayed at the Staybridge Hotel. On the morning of June 26, 2013, at approximately 5:00 a.m.,

11

**Burnett** woke her up. At approximately 6:20 a.m., **Armour** and **Burnett** came back into the room. **Armour** told **Haiflich** they had to go pick-up some guys at Motel 6. **Haiflich** drove the maroon Chrysler mini-van and followed **Burnett** and **Armour** who were driving the black Chevy Tahoe. **Haiflich** followed **Armour** and **Burnett** up to a Shell Gas Station. A Shell Gas Station is also located at 126th Street and Enterprise Drive which is near the Community Bank. **Burnett** then called **Haiflich** on her cell phone and told her to follow them. **Haiflich** followed **Armour** and **Burnett** who were in the SUV and the next thing she knew she was stopped by the police. **Haiflich** did not know anything about a bank robbery.

26. Based upon the above information, there is probable cause to believe that **Xavier Hardy** and **Duryea Rogers** committed the attempted bank robbery of the Community Bank, 12514 Reynolds Drive, Fishers, Indiana in violation of Title 18, United States Code, Sections 2113 (a) and (d); and that **Xavier Hardy** and **Duryea Rogers** violated Title 18, United States Code, Section 924 (c) (1) by using and carrying a firearm during and in relation to a crime of violence prosecutable in federal court, i.e., the attempted armed robbery of the Community Bank, 12514 Reynolds Drive, Fishers, Indiana.

27. Based upon the above information, there is probable cause to believe that **Deandre Armour**, **Tahitia Burnett**, and **Olivia Haiflich**, aided and abetted **Xavier Hardy** and **Duryea Rogers** in the attempted bank robbery of the Community Bank, 12514 Reynolds Drive, Fishers, Indiana and during such attempted armed bank robbery; that **Xavier Hardy** and **Duryea Rogers** used and carried a firearm during and in relation to a crime of violence in violation of Title 18, United States Code, Sections 2, 2113 (a) and (d) and 924 (c) (1).

_____

BRIAN J. GUY, Special Agent

Federal Bureau of Investigation


SWORN AND SUBSCRIBED TO BEFORE ME

THIS 27TH DAY OF JUNE 2013

_____

MARK J. DINSMORE

UNITED STATES MAGISTRATE JUDGE

SOUTHERN DISTRICT OF INDIANA